holders' meeting and directors' meeting of the Atlantic Baths, Incorporated, denied.  Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of Proceedings to Punish JOHN WERRA for Contempt of Court, in an Action Entitled: CLARENCE W. BAILEY, Respondent, v. JOHN J. KUHN, as Receiver, etc., Defendant.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable appellant to apply to the Court of Appeals.  Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

ANNA BESKIN, as Executrix, etc., of SAMUEL BESKIN, Deceased, Respondent, v. ROBERT COLIN, Appellant.— Judgment of the County Court of Dutchess county unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BOWRING & COMPANY, Respondent, v. MINNIE M. CORBET and Another, as Executrices, etc., of DENYS W. CORBET, Deceased, Respondents, Impleaded with JOSEPH K. LARKIN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOHN CLARKE, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

EMMA F. COCHRANE, Respondent, v. JOHN A. COCHRANE, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

COUNTY OF ORANGE, Appellant, v. HENRY W. WOOD and Another, Respondents.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

DELATOUR BEVERAGE CORPORATION, Respondent, v. REUBEN W. DUANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MAUDE H. DUANE, Respondent, v. THOMAS W. DUANE, Appellant.  (No. 1.) — Order modified so as to recite that the separation agreement between the parties has been rescinded; and as so modified affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MAUDE H. DUANE, Respondent, v. THOMAS W. DUANE, Appellant.  (No. 2.) — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RUTH GILLERT, Respondent, v. GUS GILLERT, Appellant, and Others, as Copartners, etc., Defendants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FRANK H. HERTZER, as Administrator, etc., of MARIE FRANCES HERTZER, Deceased, Respondent, v. HENRY GREENSTEIN, Defendant, Impleaded with FRANK D. CREAMER & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of FREDERICK F. MARTENS, Appellant, for a Peremptory Mandamus Order, Directed to THOMAS J. DRENNAN, as Fire Com-